UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND CHARLES MORRIS,<br><br>Petitioner,<br><br>v.<br><br>J. MACDONALD,<br><br>Respondent. | No. 2:16-cv-00771 JAM AC P<br><br><br><br>[~~PROPOSED~~] <u>ORDER</u> |

Upon considering Respondent's request, and good cause appearing, Respondent's request for enlargement of time, ECF No. 15, is granted. Respondent shall have an additional thirty (30) days, to and including August 29, 2016, to file a reply to Petitioner's opposition to the pending motion to dismiss.

SO ORDERED.

DATED: August 1, 2016

_/s/ Allison Claire_
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE